IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GIGIMAN G. HAMILTON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | CASE NO.   13-cv-20-WDS |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| **Respondent.** ) | |

# ORDER

**STIEHL, District Judge:**

This matter is before the Court sua sponte, upon the Court's conversion of a motion filed in petitioner's criminal case (Case No. 06-CR-30068, Doc. 331) to a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 1).

Petitioner is hereby **NOTIFIED AND WARNED** of the following consequences of the Court's Order of January 7, 2013, opening this habeas action:

(1) The recharacterization of petitioner's motion means that any subsequently filed § 2255 motion would be subject to the limitations against second or successive motions, as described in § 2255(h);

(2) In response to the Court's action, petitioner may

   a. Object to the recharacterization;

   b. Withdraw the filing; OR

   c. Amend the filing so that it contains all of the § 2255 claims he believes he has.

See *Castro v. United States*, 540 U.S. 375, 383 (2003); *Henderson v. United States*, 264 F.3d 709, 711 (7th Cir. 2001).

Petitioner **SHALL** respond to this Order on or before January 29, 2013.

The Clerk of the Court is **DIRECTED** to send to petitioner, via U.S. Mail, the Court's form for filing a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody.

**IT IS SO ORDERED.**

**DATE: January 9, 2013**

                                            **/s/   WILLIAM D. STIEHL**
                                                  **DISTRICT JUDGE**